IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  CHRISTINA SCOTT
DEBTOR

CASE NO: 4:19-bk-12039 J
CHAPTER 13

### CHAPTER 13 ORDER DISMISSING CASE
### FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on July 24, 2019,

Docket Entry 35, requiring the debtor to make specific payments to the Trustee. The order further provided that the

case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been

submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply

with the court's order of July 24, 2019.

IT IS SO ORDERED.


Date:  September 17, 2019

/s/ Phyllis M. Jones
_____
Phyllis M. Jones
United States Bankruptcy Judge


cc:   Joyce Bradley Babin, Trustee

Brian Christopher Wilson
P O Box 3098
Little Rock, AR  72203

Christina Scott
13615 Dynasty Drive
Alexander, AR  72002

GO 11-10b / an / 195a